UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Robert Lea Gupton and Louise Webb**
S.S. Nos.: xxx-xx-8942 and xxx-xx-9243
Mailing Address: 2885 Farrington Point Road, Chapel Hill, NC 27514-

Case No. 11-81385

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on August 26, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 20, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 8/10/11 |
|---|---|
| Lastname-SS#: | Gupton-8942 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Nicole Sheffield | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Nicole Sheffield | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| Rent-A-Center | Laptop |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Auto Credit of Raleigh | 7 | $3,734 | 5.00 | $25 | $85.63 | 1999 Pontiac Grand Am |
| | Nicholas Financial | 8 | $9,922 | 5.00 | $66 | $227.54 | 2002 GMC Envoy |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $3,328 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $1,070 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | $11,891 |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$561** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **6.31** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

**Other Miscellaneous Provisions**
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

                                             /s Kaelyn McCollum
                                             Kaelyn McCollum

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Department of Revenue<br>Post Office Box 25000<br>Raleigh, NC 27640-0002 | Child Support Enforcement<br>Post Office Box 20800<br>Raleigh, NC 27619-0800 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American Loan<br>Unknown Address | Colony Apartments<br>c/o NATNL CRED<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Ameriloan.com<br>Internet Cash Advance Marketing<br>#5-2368 Laurel Street<br>Vancouver, BC V5Z4M9 | Credit One Bank, N.A.**<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Auto Credit of Raleigh<br>Attn: Managing Agent<br>3501 Capital Blvd.<br>Suite 115<br>Raleigh, NC 27604 | CSDDUR<br>Post Office Box 530<br>Durham, NC 27702-0530 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Auto Credit of Raleigh<br>Attn: Managing Agent<br>3501 Capital Blvd.<br>Suite 145<br>Raleigh, NC 27604 | Duke Energy***<br>P.O. Box 70515<br>Charlotte, NC 28201-1046 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Bell South<br>c/o Franklin<br>2978 West Jackson Street<br>Tupelo, MS 38803-4704 | Fingerhut<br>Post Office Box 1250<br>Saint Cloud, MN 56395-1250 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Benjamin Gilbert, Director<br>Attn: Legal Dept. of UNC Hospitals<br>101 Manning Drive<br>Chapel Hill, NC 27514 | Geico<br>One Geico Plaza<br>Washington, DC 20046 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | CBCS<br>PO Box 164089<br>Dept. 03<br>Columbus, OH 43216 | GMAC<br>c/o 1STPT<br>Consumer Contact Center<br>2840 Electric Road Suite 202<br>Roanoke, VA 24018 |
| US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Chatham County Tax Administrator<br>Post Office Box 908<br>Pittsboro, NC 27312 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

North Carolina DMV
1100 New Bern Avenue
Raleigh, NC 27697

Members Credit Union
Post Office Box 5297
Winston Salem, NC 27113-5297

PayDay Loan Yes
Post Office Box 572037
Salt Lake City, UT 84157-2037

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

PSNC Energy
Attn: Bankruptcy Dept.
1426 Main Street Mall, code 130
Columbia, SC 29218

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Sunrise Dental
1801 E. Franklin Street
Chapel Hill, NC 27514

NC Family Doctor
1728 Fordham Blvd
151 Rams Plaza
Chapel Hill, NC 27514

Time Warner Cable
Attn: Collections
2505 Atlantic Avenue
Raleigh, NC 27604

Nicholas Financial, Inc
Attn: Managing Agent
3660 Capital Blvd.
Raleigh, NC 27604-3328

UNC Hospitals***
211 Friday Center Drive
Suite G-21
Chapel Hill, NC 27517

Nicole Sheffield
1220 Planters Street
Rocky Mount, NC 27801

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Nicole Sheffield
1500 Charter DRive
Rocky Mount, NC 27801

Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168